John Heenan
Colette B. Davies
BISHOP, HEENAN & DAVIES
1631 Zimmerman Trail
Billings, MT 59102
Telephone: (406) 839-9091
john@bhdlawyers.com
colette@bhdlawyers.com

Timothy M. Bechtold
Bechtold Law Firm, P.L.L.C.
PO Box 7051
Missoula, MT 59807
406-721-1435
tim@bechtoldlaw.net

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| L.B., individually and on behalf of D.B., a minor,<br><br>Plaintiffs,<br>vs.<br><br>UNITED STATES OF AMERICA, BUREAU OF INDIAN AFFAIRS and DANA BULLCOMING, agent of the Bureau of Indian Affairs sued in his individual capacity,<br><br>Defendants. | Cause No. CV 18-74-BLG-SPW-TJC<br><br>**MOTION FOR DEFAULT JUDGMENT HEARING** |

Plaintiffs, pursuant to Rule 55(b)(2), F.R.Civ.P., respectfully move the Court for a hearing so that it can determine damages and enter default judgment against Defendant Dana Bullcoming, who because of his failure to plead or otherwise defend this action had default entered against him. A proposed order is filed contemporaneously with this Motion.

DATED this 22nd day of October, 2018.

>BISHOP, HEENAN & DAVIES
>
>*/s/ John Heenan*_____
>John Heenan
>Attorney for Plaintiffs