IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| L.B., individually and on behalf of D.B. a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, BUREAU OF INDIAN AFFAIRS, and DANA BULLCOMING, an agent of the Bureau of Indian Affairs sued in his individual capacity,<br><br>Defendants. | CV 18-74-BLG-SPW-TJC<br><br>ORDER |

Defendants have filed an unopposed motion for leave to file the audio and transcript of the interview of L.B. under seal. (Doc. 30.) Good cause appearing, IT IS ORDERED that Defendants' motion is GRANTED. The transcript of the interview of L.B. dated January 13, 2016, electronically lodged as Doc. 31, and the audio recording conventionally lodged with the Clerk of Court, shall be filed under seal.

IT IS ORDERED.

DATED this 17th day of December, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge