IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| L.B., individually and on behalf of D.B. a minor,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, BUREAU OF INDIAN AFFAIRS, and DANA BULLCOMING, an agent of the Bureau of Indian Affairs sued in his individual capacity,<br><br>　　　　　Defendants. | CV 18-74-BLG-SPW-TJC<br><br>ORDER |

　　　Plaintiffs have filed a motion to file under seal L.B.'s counseling records.

(Doc. 73.) Good cause appearing, IT IS ORDERED that Plaintiff's motion is

GRANTED. The records electronically lodged as Doc.74 shall be filed under seal.

　　　IT IS ORDERED.

　　　DATED this 20th day of November, 2019.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　TIMOTHY J. CAVAN
　　　　　　　　　　　　　　　　　United States Magistrate Judge