# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| L.B., individually and on behalf of D.B., a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, BUREAU OF INDIAN AFFAIRS and DANA BULLCOMING, agent of the Bureau of Indian Affairs sued in his individual capacity,<br><br>Defendants. | Cause No. CV 18-74-BLG-SPW-TJC<br><br>ORDER |

Upon the Plaintiff's Unopposed Motion to Dismiss D.B. Without Prejudice (Doc. 78), and for good cause appearing,

IT IS HEREBY ORDERED that Plaintiff D.B.'s claims are **DISMISSED WITHOUT PREJUDICE.**

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 21st day of November, 2019.

SUSAN P. WATTERS
United States District Judge