IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED

MAY 26 2020

Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| L.B., individually and on behalf of D.B., a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, BUREAU OF INDIAN AFFAIRS, and DANA BULLCOMING, an agent of the Bureau of Indian Affairs sued in his individual capacity,<br><br>Defendants. | CV 18-74-BLG-SPW<br><br>ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATIONS |

The United States Magistrate Judge filed Findings and Recommendations on May 6, 2020. (Doc. 85). The Magistrate recommended default judgment be entered in favor of L.B. and against Defendant Dana Bullcoming, and that damages be awarded to L.B. in the amount of $1,611,854.00. (Doc. 85 at 24).

Pursuant to 28 U.S.C. § 636(b)(1), parties are required to file written objections within 14 days of the filing of the Magistrate's Findings and Recommendation. No objections were filed. When neither party objects, this Court reviews the Magistrate's Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313

1

(9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000). After reviewing the Findings and Recommendation, this Court does not find that the Magistrate committed clear error.

IT IS ORDERED that the proposed Findings and Recommendations entered by the United States Magistrate Judge (Doc. 85) are ADOPTED IN FULL.

IT IS FURTHER ORDERED that default judgment is entered in favor of L.B. and against Defendant Dana Bullcoming, and that damages are awarded to L.B. in the amount of $1,611,854.00

DATED this 26th day of May, 2020.

SUSAN P. WATTERS
United States District Judge