UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| L.B., INDIVIDUALLY AND ON BEHALF OF D.B., A MINOR,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>UNITED STATES OF AMERICA, BUREAU OF INDIAN AFFAIRS, and DANA BULLCOMING, an agent of the Bureau of Indian Affairs sued in his individual capacity,<br><br>　　　　　　Defendants. | Case No. CV-18-74 -BLG-SPW<br><br>JUDGMENT IN A CIVIL CASE |

　　**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

　**X**　**Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

　　Judgment is entered in favor of plaintiff L.B and against Defendant Dana Bullcoming as stated in the Court's Order Document 88. Damages are awarded to L.B. in the amount of $1,611,854.00.

　　Dated this 26th day of May, 2020.

　　　　　　　　　　　　TYLER P. GILMAN, CLERK

　　　　　　　　　　　　By: /s/ E.Hamnes
　　　　　　　　　　　　E.Hamnes , Deputy Clerk