John Heenan
HEENAN & COOK
1631 Zimmerman Trail
Billings, MT 59102
Telephone: (406) 839-9091
john@lawmontana.com

Timothy M. Bechtold
Bechtold Law Firm, P.L.L.C.
PO Box 7051
Missoula, MT 59807
406-721-1435
tim@bechtoldlaw.net

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| L.B.,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, BUREAU OF INDIAN AFFAIRS and DANA BULLCOMING, agent of the Bureau of Indian Affairs sued in his individual capacity,<br><br>　　　　　　Defendants. | Cause No. CV 18-74-BLG-SPW-TJC<br><br><br>**NOTICE OF APPEAL** |

Plaintiff hereby gives notice that she appeals to the Ninth Circuit Court of

Appeals the district court's Findings and Recommendations, Dkt#60, and Order of

Summary Judgment, Dkt#64, which denied Plaintiff's Motion for Summary Judgment and granted summary judgment to Defendant United States of America.

DATED this 5th day of June, 2020.

                                              /s/Timothy M. Bechtold
                                              John Heenan
                                              Attorney for Plaintiffs