IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| L.B.,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, BUREAU OF INDIAN AFFAIRS, and DANA BULLCOMING, an agent of the Bureau of Indian Affairs sued in his individual capacity,<br><br>　　　　　Defendants. | CV 18-74-BLG-SPW<br><br><br><br>ORDER |

Upon the United States' Unopposed Motion to File Under Seal Video Recording of Dana Bullcoming's Deposition (Doc. 119), and for good cause appearing,

IT IS HEREBY ORDERED that the United States' Motion is **GRANTED**. The video recording of Dana Bullcoming's deposition shall be filed under seal.

DATED this 19th day of December, 2022.

_/s/ Susan P. Watters_
SUSAN P. WATTERS
United States District Court Judge

1