UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| L.B.,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, BUREAU OF INDIAN AFFAIRS, AND DANA BULLCOMING,<br><br>    Defendant. | Case No. CV-18-74 -BLG-SPW<br><br>JUDGMENT IN A CIVIL CASE |

  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

** X Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

  IT IS ORDERED AND ADJUDGED Judgment is entered in favor of defendants, United States of America and against Plaintiffs L.B. as stated in the Courts Order E.C.F. 149 filed on August 8, 2023.

  Dated this 8th day of August 2023.

            TYLER P. GILMAN, CLERK

            By: /s/ E.Hamnes
            E.Hamnes, Deputy Clerk