IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| L.B., <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES OF AMERICA and BUREAU OF INDIAN AFFAIRS, <br><br> Defendants. | CV 18-74-BLG-DWM <br><br><br> ORDER |

Having moved unopposed to file an amended exhibit list and exhibits to correct errors in the previously filed exhibit list and exhibits,

IT IS ORDERED that Plaintiff L.B.'s motion, (Doc. 183), is GRANTED.

DATED this 29th day of January, 2025.

_____
Donald W. Molloy, District Judge
United States District Court