IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| L.B.,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>UNITED STATES OF AMERICA,<br>and BUREAU OF INDIAN<br>AFFAIRS,<br><br>　　　　　Defendants. | CV 18-74-BLG-DWM<br><br>JUDGMENT |

　　　This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

　　　IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff L.B. and against Defendants United States and the Bureau of Indian Affairs pursuant to the Court's Findings of Fact and Conclusions of Law (Doc. 192) filed February 25, 2025. Damages are awarded to L.B. in the amount of $1,611,854.00.

　　　Dated this 25th day of February, 2025.

　　　　　　　　　　　　　　　　　　TYLER P. GILMAN, CLERK

　　　　　　　　　　　　　　　　　　/s/ Tyler P. Gilman